# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147883-7(54)

MENARD, INC.,
      Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellee,

and

STATE TREASURER and
STATE OF MICHIGAN,
      Defendants.
_____/

SC: 147883
COA: 310399
Ct of Claims: 10-000082-MT

SEARS ROEBUCK AND CO.,
      Plaintiff-Appellant,

v

STATE TREASURER, STATE OF
MICHIGAN, and DEPARTMENT OF
TREASURY,
      Defendants-Appellees.
_____/

SC: 147884
COA: 311053
Ct of Claims: 09-000068-MT

MENARD INC.,
      Plaintiff-Appellant,

v

STATE TREASURER, STATE OF
MICHIGAN, and DEPARTMENT OF
TREASURY,
      Defendants-Appellees.
_____/

SC: 147885
COA: 311261
Ct of Claims: 09-000057-MT

ART VAN FURNITURE-CONNER INC.,
      Plaintiff-Appellant,

v

SC: 147886
COA: 311294
Ct of Claims: 09-000059-MT

STATE TREASURER, STATE OF
MICHIGAN, and DEPARTMENT OF
TREASURY,
      Defendants-Appellees.
_____/

ART VAN FURNITURE INC.,
      Plaintiff-Appellant,

v

SC: 147887
COA: 312168
Ct of Claims: 09-000058-MT

STATE TREASURER, STATE OF
MICHIGAN, and DEPARTMENT OF
TREASURY,
      Defendants-Appellees.
_____/

On order of the Court, the motion for reconsideration of this Court's May 16, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH, J., would grant the motion for reconsideration.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2014

d1215

Clerk